**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, f/k/a
UNIGARD MUTUAL INSURANCE COMPANY
Plaintiff,

v.

ASSOCIATED INTERNATIONAL INSURANCE COMPANY,
Defendant.

Civil Action No.: 07-00481-S-LDA

**NOTICE OF WITHDRAWAL**

The undersigned, Paul V. Sullivan, hereby withdraws as counsel for Seaton Insurance Company f/k/a Unigard Mutual Insurance Company in this action.

**SEATON INSURANCE COMPANY f/k/a UNIGARD MUTUAL INSURANCE COMPANY,**

By its attorneys,

*/s/ Paul V. Sullivan*

Paul V. Sullivan, RI Bar # 5712
Sullivan Signore Whitehead & DeLuca LLP
86 Weybosset Street, Suite 400
Providence, RI 02903
Tel: (401) 861-9900
Fax: (401) 861-9977

Dated: January 10, 2008

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2008.

*/s/ Paul V. Sullivan*

Paul V. Sullivan, RI Bar # 5712