AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

Seaton Insurance Company

vs

Associated International Insurance Company

## APPEARANCE

CASE NUMBER: 07-481 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Associated International Insurance Company

3/13/08
Date

[signature]
Signature

TIMOTHY J. DODD
Print Name

215 BROADWAY
Address

PROVIDENCE RI 02903
City State Zip Code

272-3900
Phone Number