UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 13 2008
Property of U.S. District Court
District of Rhode Island

SEATON INSURANCE COMPANY,
f/k/a UNIGARD MUTUAL INSURANCE
COMPANY

VS. C.A. #07-481S

ASSOCIATED INTERNATIONAL
INSURANCE COMPANY

## STIPULATION

In the above matter, Defendant shall have up to and including March 14, 2008 in which to file its Answer or other responsive pleading.

Plaintiff, by its Attorney,

THOMAS M. ROBINSON, ESQ.#6193
Morrison, Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903
Tel: (401) 331-4660

Defendant, by its attorney,

TIMOTHY J. DODD, ESQ., #3150
215 Broadway
Providence, RI 02903
Tel: (401) 272-3900

## CERTIFICATION

I hereby certify that on this the 6th day of March, 2008, I mailed a true and correct copy of the within, via regular mail, postage prepaid to:

Thomas M. Robinson, Esq.
Morrison, Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, Rhode Island 02903

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/14/08